NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1177

AFG INDUSTRIES, INC. (now known as AGC Flat Glass North America, Inc.)
and ASAHI GLASS COMPANY, LTD.,

Plaintiffs-Appellants,

v.

CARDINAL IG COMPANY, INC.,

Defendant-Appellee,

and

ANDERSEN WINDOWS, INC.,

Defendant.

Appeal from the United States District Court for the Eastern District of Tennessee
in case no. 96-CV-244, Judge J. Ronnie Greer.

ON MOTION

O R D E R

Upon consideration of the appellants' unopposed motion to revise the official caption to indicate that AFG Industries, Inc. is now known as AGC Flat Glass North America, Inc.,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard D. Kelly, Esq.
    J. Derek Vandenburgh, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK